IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIMOTHY GAULT, ET AL,<br><br>   Plaintiffs,<br>vs.<br><br>SUE A. MCINTOSH, ET AL,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)  Case No.: 3:23-cv-419-DWD<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

   **IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered on March 28, 2024 (Doc. 52), and having been advised by the parties that all payments have been finalized, this matter is **DISMISSED with prejudice** with each party to bear its own costs and fees.

   **IT IS SO ORDERED.**

   **DATED: April 2, 2024**

                                       MONICA A. STUMP, Clerk of Court

                                       *s/ Dana M. Winkeler*
                                       **Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**

Page | 1